MARY SULLIVAN, Respondent, v. JOHN D. SULLIVAN, Appellant.— Motion for stay granted, upon condition that defendant continue to pay the weekly alimony as it falls due, perfect his appeal, place the case on the June calendar for argument and be ready for argument when reached. Present — Jenks, P. J., Putnam, Blackmar and Kelly, JJ.

VILLAGE OF HEMPSTEAD, Respondent, v. PHILIP MAIER, Appellant.— Motion denied, without costs, without prejudice to an application to the trial justice to make a further or amended return. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

JAMES BARKER, as Receiver, etc., Respondent, v. HENRY STEERS, INCORPORATED, Defendant, Impleaded with THE CITY AND COUNTY CONTRACT COMPANY and Another, Appellants.— Judgment affirmed, with costs. No opinion. Thomas, Rich and Putnam, JJ., concurred; Blackmar, J., dissented upon the ground that whether we consider the respective dates of the Mills quitclaim deed and of the title, or whether we consider the dates of the acknowledgment of the two instruments, or the dates of the recording and filing of the same, in all cases the Mills deed precedes the tax title. The defendant's grantor, therefore, had a paper title prior to acquiring the tax title, and the evidence is sufficient to establish adverse possession under such claim of title. Jenks, P. J., concurred with Blackmar, J.

GEORGE J. CONRAD, Appellant, v. GEORGE J. CONRAD & COMPANY, INC., and Others, Respondents.— Order and interlocutory judgment affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Putnam and Blackmar, JJ., concurred; Thomas and Mills, JJ., voted to reverse upon the ground that the complaint is good as against demurrer.

THE DEFIANCE SCREW MACHINE PRODUCTS COMPANY, Appellant, v. MORTIMER M. GROSSMAN and WALLACE G. GROSSMAN, Doing Business as GROSSMAN AUTO PARTS COMPANY, Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ.

CHARLES NAPOLEON DOUGHERTY, an Infant, by SUSAN M. TEVES, His Guardian ad Litem, Appellant, v. EMMA L. SALT, as Executrix, etc., of HELLENA M. DOUGHERTY, Deceased, Respondent.— Judgment reversed and verdict reinstated, with costs, upon the ground that the note itself in evidence shows a consideration. Jenks, P. J., Thomas, Rich and Blackmar, JJ., concurred; Putnam, J., dissented on the ground that the note, given to an eight-year-old child, with the accompanying testimony, negatives any legal consideration, and the circumstances displace the ordinary presumption from the formula "for value received."

THOMAS C. EDMONDS, Respondent, v. CUDAHY PACKING COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concurred.